UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

Eastern District of Kentucky
FILED
NOV 0 1 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| MARK E. WHEELER ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-443-JBC |
| ) | |
| HOBART CORPORATION ) | |
| ) | |
| DEFENDANT ) | |

## AGREED ORDER OF DISMISSAL

The parties having agreed to a resolution of all claims which were or might have been alleged in this action, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that this lawsuit, Case No. 04-443-JBC, is **DISMISSED**, with prejudice. Each party will bear its own fees and costs. This is a final Order, there being no just reason for delay.

Entered this 1st day of November, 2005.

Jennifer B. Coffman, U.S. District Judge
Eastern District of Kentucky

**TENDERED BY:**

_____
Kathryn A. Quesenberry, Esq.
Wendy C. Hyland, Esq.
WOODWARD, HOBSON & FULTON, L.L.P.
2500 National City Tower
Louisville, Kentucky 40202
(502) 581-8025
Counsel for Defendant, Hobart Service, a division of ITW Food Equipment Group, L.L.C.

Date: 10/5/05

_____
E. Patrick Moores
P.O. Box 910765
Lexington, KY 40591-0765
Counsel for Plaintiff, Mark E. Wheeler

Date: 10/24/05

2