UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 04-443-JBC

MARK E. WHEELER,                                                                        PLAINTIFF,

V.                                              **ORDER**

HOBART CORPORATION,                                                                DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

Upon the court's own motion,

**IT IS ORDERED** that the pretrial conference currently scheduled on December 16, 2005, is rescheduled on December 19, 2005, at 9:30 a.m.

Signed on November 1, 2005

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY